# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2010

137608 (56)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

RONNIE L. MYERS and MARY MYERS,
     Plaintiffs-Appellants,

v

MUFFLER MAN SUPPLY COMPANY,
     Defendant,
     Cross-Plaintiff-Appellee,
and

NEVADA EQUIPMENT LIQUIDATING, f/k/a
NEVADA EQUIPMENT, INC., MICHIGAN
TRACTOR  MACHINERY COMPANY, d/b/a
MICHIGAN CAT AGGREGATE DIVISION,
CULVER CONSTRUCTION, INC., f/k/a
CULVER CONSULTING, INC.,
     Defendants,
and

POWER SCREEN USA, L.L.C., d/b/a
SIMPLICITY ENGINEERING, INC., D & L
EQUIPMENT, INC., and SUBLET
CONTRACTORS, INC.,
     Defendants, Cross-Defendants.

SC: 137608
COA: 277542
Genesee CC: 04-079144-NP

_____/

     On order of the Court, the motion for reconsideration of this Court's December 30, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

     KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant reconsideration.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2010

0317

               Clerk